IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR37 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| JESSICA DREIFURST, | ) | |
| Defendant. | ) | |

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:07CR411 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | REASSIGNMENT ORDER |
| JESSICA DREIFURST, | ) | |
| Defendant. | ) | |

Before the court is the Notice of Related Case (Filing No. 49) filed by the government in Case No. 8:07CR411. After a review of the matter the court finds that, pursuant to NEGenR 1.4(a)(4)(C)(i), the above cases are related. Further, in the interest of judicial economy, both cases remain assigned to District Judge Joseph F. Bataillon and Case No. 8:07CR411 is reassigned to Magistrate Judge F. A. Gossett for judicial supervision and processing of all pretrial matters.

SO ORDERED.

DATED this 2nd day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge